M. CHRISTOPHER MOON (USB # 14880)
JACKSON LEWIS, PLLC
215 South State Street, Suite 760
Salt Lake City, UT 84111
(801) 736-3199 - Telephone
Chris.Moon@jacksonlewis.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TREVOR KELLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>PEI WEI ASIAN DINER, LLC, d.b.a. PEI WEI ASIAN DINER,<br><br>    Defendant. | Case No. 2:17-cv-00715-DB<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge Dee Benson |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and by and between the parties hereto, through their undersigned counsel, that this case is hereby dismissed with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Respectfully submitted this 20th day of November, 2019

*/s/ James K. Ord, III*
James K. Ord, III
The Ord Firm
P.O. Box 16688
Salt Lake City, UT 84116
Tel: (435) 214-1433
James.Ord@theordfirm.com
*Attorneys for Plaintiff (signed with the consent of counsel)*

*/s/ M. Christopher Moon*
M. Christopher Moon
JACKSON LEWIS PLLC
215 S. State Street, Suite 760
Salt Lake City, Utah 84111
Tel:  (801) 736-3199
chris.moon@jacksonlewis.com
*Attorneys for Defendant*